IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, The, and STATE OF NEBRASKA, The, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV293 |
| v. | ) ) | |
| PECKHAM, INC., and MARK PECKHAM, | ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. The plaintiff's motion for leave to file an amended complaint, filing no. 12, is granted, and

2. The plaintiff's proposed amended complaint, a copy of which is attached to the plaintiff's motion to amend, shall be filed on or before December 19, 2008.

DATED this 12th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge