IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>)<br>    and )<br>)<br>THE STATE OF NEBRASKA, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>THE CITY OF WEST POINT, NEBRASKA, )<br>PECKHAM, INC. (f/k/a West Point Dairy Products,)<br>Inc.), MARK PECKHAM, WEST POINT DAIRY )<br>PRODUCTS, LLC, and WIMMER'S MEAT )<br>PRODUCTS, INC., )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION NO. 8:08CV293 |

## **ORDER**

Upon the Court's consideration of Plaintiffs' Unopposed Motion to Re-set Planning Conference (filing no. 15), and finding same to be well-taken, the Motion is GRANTED.

The Planning Conference is re-set for February 4, 2009 at 9:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED: December 29, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge