```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATE OF NEBRASKA,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE CITY OF WEST POINT,<br>NEBRASKA, PECKHAM, INC.<br>(f/k/a West Point Dairy<br>Products, Inc.), MARK<br>PECKHAM, WEST POINT DAIRY<br>PRODUCTS, LLC, and WIMMER'S<br>MEAT PRODUCTS, INC.,<br><br>        Defendants. | 8:08CV293<br><br>ORDER |

IT IS ORDERED:

The court's order of February 4, 2009 (filing no. 27) is amended to correct the spelling of two names in the first paragraph. Robert D. Moody is corrected to Robert D. Moodie. Tom Gillette is corrected to Thomas Goulette.

The court apologizes to counsel for the misspellings of these names.

DATED February 6, 2009.

                                            BY THE COURT:

                                            s/ *David L. Piester*
                                            David L. Piester
                                            United States Magistrate Judge