```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATE OF NEBRASKA,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE CITY OF WEST POINT,<br>NEBRASKA, PECKHAM, INC.<br>(f/k/a West Point Dairy<br>Products, Inc.), MARK<br>PECKHAM, WEST POINT DAIRY<br>PRODUCTS, LLC, and WIMMER'S<br>MEAT PRODUCTS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:08CV293<br><br><br><br><br><br>ORDER |

IT IS ORDERED:

The stipulation of plaintiffs and defendant City of West Point, filing no. 41, for time to answer the First Amended Complaint is approved. The deadline for the answer is extended to March 27, 2009.

DATED February 25, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge