IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEBRASKA, | ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV293 |
| v. | ) ) | |
| THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. (f/k/a West Point Dairy Products, Inc.), MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC, and WIMMER'S MEAT PRODUCTS, INC., | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

The motion of Frederick S. Phillips to withdraw as co-counsel for plaintiff United States of America, filing no. 46, is granted.

DATED March 6, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge