IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEBRASKA, | ) ) ) | CASE NO.: 8:08-CV-00293 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. f/k/a West Point Dairy Products, Inc., MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC, and WIMMER'S MEAT PRODUCTS, INC., | ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

PURSUANT TO The City of West Point, Nebraska's and West Point Dairy, LLC's Stipulation Extending The City of West Point's Time to respond to the cross-claim of Defendant, West Point Dairy Products, LLC, and the Court being fully advised in the premises,

IT IS ORDERED, ADJUDGED AND DECREED that the motion, filing no. 49, is granted and the deadline for response to said cross-claim is extended to April 21, 2009.

DATED this 26th day of March, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester

United States Magistrate Judge

Prepared and submitted by:

LARRY E. WELCH, SR., #14449

LARRY E. WELCH, JR., #20507

WELCH LAW FIRM, P.C.

1299 FARNAM ST., SUITE 1220

OMAHA, NE 68102

(402) 341-1200