IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEBRASKA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. (f/k/a West Point Dairy Products, Inc.), MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC, and WIMMER'S MEAT PRODUCTS, INC.,<br><br>　　　　　Defendants. | 8:08CV293<br><br>ORDER |

　　　PURSUANT to the United States' Consent Motion to Extend the United States' Time to File a Motion to Dismiss the Cross-Claims of West Point Dairy Products, LLC, and the Court being fully advised in the premises,

　　　IT IS ORDERED, ADJUDGED, AND DECREED that the motion, filing no. 59, is granted and the deadline for filing a motion to dismiss said cross-claim is extended to May 14, 2009.

　　　DATED April 22, 2009.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　United States Magistrate Judge