IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEBRASKA, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV293 |
| v. | ) ) | |
| THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. (f/k/a West Point Dairy Products, Inc.), MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC, and WIMMER'S MEAT PRODUCTS, INC., | ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Defendant West Point Dairy Products, LLC's unopposed motion (filing 63) to extend time to respond to the pending motion (filing 57) to dismiss cross-claim of West Point Dairy Products, LLC, is granted;

2. Defendant West Point Dairy Products, LLC, shall respond to the motion (filing 57) to dismiss cross-claim on or before May 14, 2009.

DATED this 30th day of April, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge