IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and THE STATE OF NEBRASKA, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. (f/k/a West Point Diary Products, Inc.), MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC and WIMMER'S MEAT PRODUCTS, INC. <br><br> Defendants. | Civil No. 8:08-CV-00293 <br><br> **ORDER** |

PURSUANT to the United States' Consent Motion to Continue Settlement Conference to a Later Date, and the Court being fully advised of the premises,

IT IS ORDERED, ADJUDGED, AND DECREED that the motion, filing no. 67, is granted and the settlement conference currently scheduled for May 14, 2009 is continued; and that

Counsel for the United States shall confer with counsel for all parties and propose a mutually agreeable new date for the settlement conference consistent with the Court's availability.

DATED this 6th day of May, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge