IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEBRASKA, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV293 |
| v. | ) ) | |
| THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. (f/k/a West Point Dairy Products, Inc.), MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC, and WIMMER'S MEAT PRODUCTS, INC., | ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

Due to an anticipated settlement of the claims between them, defendants West Point Dairy Products, LLC ("WPDP"), and Wimmer's Meat Products, Inc. ("Wimmer's"), and plaintiff United States of America have jointly moved (filing 72) for extensions of time to allow Plaintiff time to file a motion to dismiss WPDP's cross-claims and to further extend the deadlines of WPDP and Wimmer's for responding to the City of West Point's pending motion to dismiss (filing 57). I shall grant the parties' motion. Accordingly,

IT IS ORDERED:

1.      The Joint Motion to Extend the United States' Time to File a Motion to Dismiss the Cross-Claims of West Point Dairy Products, LLC, and to Extend West Point Dairy Products, LLC's and Wimmer's Meat Products, Inc.'s Time to File Responses to the Motion to Dismiss Filed by the City of West Point (filing 72) is

granted;

2.      Plaintiff United States of America may file a motion to dismiss West Point Dairy Products, LLC's, cross-claims on or before June 15, 2009;

3.      West Point Dairy Products, LLC, and Wimmer's Meat Products, Inc., are granted until June 15, 2009, to respond to the City of West Point's pending motion to dismiss (filing 57);

4.      The Clerk of Court shall adjust the court's computerized record-keeping system to indicate that the "response due" date for Filing 57 is June 15, 2009.

DATED this 19th day of May, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

2