IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF NEBRASKA, </br></br> Plaintiffs, </br></br> v. </br></br> THE CITY OF WEST POINT, NEBRASKA, PECKHAM, INC. (f/k/a West Point Diary Products, Inc.), MARK PECKHAM, WEST POINT DAIRY PRODUCTS, LLC and WIMMER'S MEAT PRODUCTS, INC. </br></br> Defendants. | ) ) ) ) ) ) ) 8:08CV293 ) ) ) **ORDER** ) ) ) ) ) ) |

PURSUANT to the Joint Motion To Abate All Motion to Dismiss and Briefing Deadlines Related to the Cross-Claims of West Point Dairy Products, LLC, and the Motion to Dismiss Filed by the City Of West Point (filing 75), and the Court being fully advised of the premises,

IT IS ORDERED:

1. The Joint Motion To Abate All Motion to Dismiss and Briefing Deadlines Related to the Cross-Claims of West Point Dairy Products, LLC, and the Motion to Dismiss Filed by the City Of West Point (filing 75) is granted;

2. All deadlines related to the United States' time for filing a motion to dismiss West Point Dairy Products, LLC's Cross-Claims, and to West Point Dairy Products, LLC's and Wimmer's time to respond to the City of West Point's Motion (filing 57) to Dismiss the Cross-Claim of West Point Dairy Products, LLC, are abated until either (a) the United States files a motion to enter the proposed consent decree (filing 74) and the Court approves the same or (b) until the United States files a notice withdrawing from the proposed consent decree;

3. The City of West Point's Motion (filing 57) to Dismiss the Cross-Claim of West Point Dairy Products, LLC, is held in abeyance until further order of the court.

DATED this 16th day of June, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge