IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF NEBRASKA, )<br>)<br>) | |
| Plaintiffs, )<br>) | 8:08CV293 |
| vs. )<br>) | ORDER |
| PECKHAM, INC., MARK PECKHAM, THE CITY OF WEST POINT, NEBRASKA, WIMMER'S MEAT PRODUCTS, INC., and WEST POINT DAIRY PRODUCTS, LLC, )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

The provisions of the settlement conference order (Filing No. 62) shall remain in effect for the settlement conference scheduled before the undersigned magistrate judge on **August 18, 2009**. Any notice under paragraph 4 of the settlement conference order shall be made **on or before August 3, 2009**. Settlement conference statements provided for in paragraph 5 of the settlement conference order may be mailed or delivered to Magistrate Judge Thomas D. Thalken, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102, faxed to 402-661-7345 or e-mailed to thalken@ned.uscourts.gov **on or before August 14, 2009**.

**IT IS SO ORDERED.**

DATED this 13th day of July, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge