## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NEBRASKA,<br><br>Plaintiffs,<br><br>vs.<br><br>PECKHAM, INC., MARK PECKHAM, THE CITY OF WEST POINT, NEBRASKA, WIMMER'S MEAT PRODUCTS, INC., AND WEST POINT DAIRY PRODUCTS, LLC,<br><br>Defendants. | 8:08CV293<br><br>ORDER |

Following a settlement conference with the parties on August 18, 2009:

1)   The plaintiffs, United States of America and the State of Nebraska reached a settlement with the defendant Wimmer's Meat Products, Inc.  Such parties shall file a proposed consent decree in this matter **on or before October 15, 2009**.

2)   The plaintiffs, United States of America and the State of Nebraska and the defendants, Peckham, Inc., and Mark Peckham failed to reach a settlement.  Accordingly this matter will be progressed to trial on the issues between such parties.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge