IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and STATE OF NEBRASKA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PECKHAM, INC., and MARK ) <br> PECKHAM, et. al., ) <br> ) <br> Defendants. ) | 8:08CV293 <br><br> MEMORANDUM AND ORDER |

The plaintiffs have entered into settlement agreements with all the defendants except Peckham, Inc. and Mark Peckham. As to the claims against these remaining defendants, a new progression order is required. Accordingly,

IT IS ORDERED that that on or before September 8, 2009, the plaintiffs and defendants Peckham, Inc. and Mark Peckham shall jointly file a motion setting forth their proposed deadlines for continued progression of this case to trial, including deadlines for serving mandatory disclosures, disclosing experts and their reports, and completing discovery, and a statement of when the case will be ready for trial.

DATED this 24th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge