IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEBRASKA,<br><br>      Plaintiffs,<br><br>      v.<br><br>PECKHAM, INC.; MARK PECKHAM; CITY OF WEST POINT, NEBRASKA; WIMMER'S MEAT PRODUCTS, INC.; and WEST POINT DAIRY PRODUCTS, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)    8:08CV293<br>)<br>)<br>)<br>)    **MEMORANDUM AND ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

After providing public notice and allowing for public comment pursuant to 28 C.F.R. § 50.7, plaintiffs United States of America and the State of Nebraska and defendant West Point Dairy Products, LLC, ("the Dairy") have filed a motion to enter consent decree (filing 91). The proposed consent decree (filing 74) resolves the claims for civil penalties made by the United States and State of Nebraska against the Dairy for violations of the Clean Water Act, as well as the Dairy's cross-claims against defendant City of West Point, Nebraska.

After careful review of the parties' consent decree (filing 74), I shall grant the parties' motion. Accordingly,

    IT IS ORDERED:

    1.    The motion to enter consent decree (filing 91) filed by plaintiffs United States of America and the State of Nebraska and defendant West Point Dairy Products, LLC, is granted;

2. The Clerk of Court shall file the above-described consent decree, as signed and dated by the undersigned United States District Judge, as a separate document following the filing of this memorandum and order;

3. The Clerk of Court shall terminate defendant West Point Dairy Products, LLC, as a party to this action; and

4. The motion to dismiss the cross-claim of West Point Dairy Products, LLC, (filing 57) filed by defendant City of West Point, Nebraska, is denied as moot.

DATED this 27th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge