IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ,  )<br>and STATE OF NEBRASKA,          )<br>                                                       )<br>                             Plaintiffs,    )<br>                                                       )<br>           v.                                      )<br>                                                       )<br>PECKHAM, INC., et. al.,                )<br>                                                       )<br>                             Defendants.  ) | 8:08CV293<br><br>MEMORANDUM AND ORDER |

The plaintiffs and defendants Peckham, Inc. (f/k/a West Point Dairy Products, Inc.) and Mark Peckham have reached an agreement in principle that would resolve all remaining claims and defenses in the case, and anticipate filing a proposed consent decree for the Court's consideration with the public notice and comment period expiring by February 15, 2010.

Accordingly,

IT IS ORDERED that the joint motion filed by the plaintiffs and Peckham defendants, (filing no. 121), is granted, and except as to public notice of the proposed consent decree and obtaining court approval to settle, this case is stayed and all progression deadlines are abated until February 15, 2010.

DATED this 23rd day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge