IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEBRASKA,<br><br>      Plaintiffs,<br><br>      v.<br><br>PECKHAM, INC.; MARK PECKHAM; CITY OF WEST POINT, NEBRASKA; WIMMER'S MEAT PRODUCTS, INC.; and WEST POINT DAIRY PRODUCTS, LLC,<br><br>      Defendants. | 8:08CV293<br><br>**MEMORANDUM AND ORDER** |

After providing public notice and allowing for public comment pursuant to 28 C.F.R. § 50.7, plaintiffs United States of America and the State of Nebraska have filed a motion to enter consent decree (filing 123). The proposed consent decree (filing 119-1) resolves the claims for civil penalties made by the United States and the State of Nebraska against Wimmer's Meat Products, Inc., for violations of the Clean Water Act.

After careful review of the parties' consent decree (filing 119-1), I shall grant the motion. Accordingly,

    IT IS ORDERED:

    1.    The motion to enter consent decree (filing 123) filed by plaintiffs United States of America and the State of Nebraska is granted;

2. The Clerk of Court shall file the above-described consent decree, as signed and dated by the undersigned United States District Judge, as a separate document following the filing of this memorandum and order; and

3. The Clerk of Court shall terminate defendant Wimmer's Meat Products, Inc., as a party to this action.

DATED this 7th day of January, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge