IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEBRASKA, )))) Plaintiffs, )))) v. )))) PECKHAM, INC.; MARK PECKHAM; CITY OF WEST POINT, NEBRASKA; WIMMER'S MEAT PRODUCTS, INC.; and WEST POINT DAIRY PRODUCTS, LLC, )))))))))) Defendants. )))) | 8:08CV293  **MEMORANDUM AND ORDER** |

After providing public notice and allowing for public comment pursuant to 28 C.F.R. § 50.7, plaintiffs United States of America and the State of Nebraska have filed a motion to enter consent decree (filing 133). The proposed consent decree (filing 132-1) resolves the claims made by the United States and the State of Nebraska against defendants Peckham, Inc. (f/k/a West Point Dairy Products, Inc.) and Mark Peckham for violations of the Clean Water Act.

After careful review of the parties' consent decree (filing 132-1), I shall grant the motion. Accordingly,

IT IS ORDERED:

1.  The motion to enter consent decree (filing 133) filed by plaintiffs United States of America and the State of Nebraska is granted;

2. The Clerk of Court shall file the above-described consent decree, as signed and dated by the undersigned United States District Judge, as a separate document following the filing of this memorandum and order;

3. The Clerk of Court shall terminate defendants Peckham, Inc. (f/k/a West Point Dairy Products, Inc.) and Mark Peckham as parties to this action;

4. As the court has previously entered consent decrees between Plaintiffs and each of the other defendants in this case (filings 95, 113, 126) as final judgments under Fed. R. Civ. P. 54 and 58, the filing of the consent decree between Plaintiffs and defendants Peckham, Inc. (f/k/a West Point Dairy Products, Inc.) and Mark Peckham resolves all outstanding claims in this case, and the Clerk of Court shall terminate this case.

DATED this 19th day of May, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.